IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Phillip Spencer, | ) | C/A No. 3:11-cv-83-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | **GRANTING REMAND** |
| | ) | |
| Old Dominion Freight Lines, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff has filed a Motion to Remand, Docket No. 10, and the parties have consulted with regard to the remand motion. The parties' stipulation with regard to the remand motion has been filed with the Court as an exhibit to Defendant's response thereto.

Based upon a review of the pleadings and, particularly, the parties' stipulation as to Plaintiff's remand motion before the Court, Plaintiff's motion to remand is granted.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

February 17, 2011                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District Judge
.